Walter N. Smith et al., Appellants, *v.* William O'Dwyer et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.

Submitted January 2, 1951; decided January 11, 1951.

*John P. McGrath, Corporation Counsel (W. Bernard Richland* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.

Evelyn de Baillet-Latour, Respondent, *v.* Alexandre de Baillet-Latour, Appellant.

Submitted January 2, 1951; decided January 11, 1951.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 428.]